PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 00-CR-02530-001-JM |
| DOCKET NUMBER *(Rec. Court)* | 04-10212 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark CURRAN<br>301 Silver Street<br>South Boston, MA 02127 | | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Jeffrey T. Miller |

| DATES OF SUPERVISED RELEASE | FROM<br>3/29/04 | TO<br>3/28/08 |
|---|---|---|

**OFFENSE**

21 U.S.C. §§ 846 and 841 (a)(1), Conspiracy to Possess Marijuana with Intent to Distribute, a Class B felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 7/2/04

*/s/ Jeffrey T. Miller*
Jeffrey T. Miller
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MASSACHUSETTS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: July 19, 2004

*/s/ William G. Young*
United States District Judge

KP / kp