AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____  District of  _____

UNITED STATES OF AMERICA

V.

MARK CURRAN

last known address: 301 Silver St., South Boston MA

**WARRANT FOR ARREST**

Case Number:  04CR10212-RGS

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____  MARK CURRAN, dob 12/7/70.
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   x Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE, IMPOSED BY U. S. DISTRICT JUDGE JEFFREY T. MILLER, SOUTHERN DISTRICT OF CALIFORNIA (TRANSFERRED TO U.S. DISTRICT JUDGE RICHARD G. STEARNS, DISTRICT OF MASSACHUSETTS).

in violation of  _____  United States Code, Section(s)  _____

MARY H. JOHNSON
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

COURTROOM CLERK
Title of Issuing Officer

4/14/05 BOSTON, MA
Date and Location

Bail fixed at $ _____

                                             by _____
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/29/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Received stamp: 2005 APR 14 P 2:56 U.S. MARSHAL SERVICE BOSTON, MA