AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Mark Curran

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: CR04-10212 RGS

I, Mark Curran, charged in a (complaint) (petition) pending in this District with probation violations in violation of Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Mark E. Curran_
Defendant

5/4/05
Date

_[signature]_
Counsel for Defendant

FILED
In Open Court
USDC, Mass.
Date 5/4/05
By _[signature]_