**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 04-10212-RGS

MARK CURRAN

# AMENDED JUDGMENT AND COMMITMENT ORDER

STEARNS, DJ.                                                    MAY 25, 2005

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON MAY 10, 2005 FOR A PROBATION VIOLATION HEARING. ASSISTANT UNITED STATES ATTORNEY DAVID TOBIN WAS PRESENT FOR THE GOVERNMENT. JOHN AMABILE, ESQ., WAS PRESENT ON BEHALF OF THE DEFENDANT, AND U. S. PROBATION OFFICER JULIUS BRITTO WAS PRESENT FOR THE PROBATION DEPARTMENT. THE DEFENDANT WAS NOTIFIED OF HIS RIGHT TO AN EVIDENTIARY HEARING BY THE COURT, AND STIPULATED TO SO MUCH OF VIOLATION NO. 1 AS IT PERTAINED TO A GRADE C VIOLATION, AND STIPULATED TO VIOLATIONS NUMBERED II THROUGH VI OF THE PETITION. THE COURT FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS, AND PROCEEDED TO SENTENCING AS FOLLOWS:

## O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS HEREBY **REVOKED;**

Case 1:04-cr-10212-RGS    Document 7    Filed 05/25/2005    Page 2 of 4

THE DEFENDANT, MARK CURRAN , IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF SIX (6) MONTHS TO BE SERVED.  UPON RELEASE FROM INCARCERATION, THE DEFENDANT WILL BE PLACED ON SUPERVISED RELEASE FOR A PERIOD OF THIRTY (30) MONTHS, WITH THE FOLLOWING SPECIAL CONDITIONS:

1. Within 72 hours of release from custody, the defendant shall report in person to the District to which he is released;
2. While on Supervised Release, the defendant shall not commit another Federal, state or local crime;
3. The defendant shall submit to one drug test within 15 days of release from custody, and at least two (2) periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the U. S. Probation Officer;
4. The defendant shall not purchase or possess a firearm or any other dangerous weapon;
5. The defendant shall participate in a substance abuse program at the direction of the U. S. Probation Officer, which program may include random drug testing, not to exceed 104 drug tests per year, to determine if the defendant has reverted to the use of drugs or alcohol.  The defendant shall be required to contribute to the costs of such services based on the ability to pay or availability of third party payment;
6. The defendant shall participate in a mental health program at the direction of the U. S. Probation Officer.  The defendant shall be required to contribute to the costs of such services based on the ability to pay or availability of third party payment;
7. The defendant shall provide complete disclosure of personal and business financial records to the Probation Officer when requested to do so;
8. The defendant shall report all vehicles owned or operated or in which he has an interest, to the U. S. Probation Officer;
9. The defendant shall resolve all outstanding warrants within 60 days of release from custody;
10. The defendant shall cooperate with the U. S. Probation Department in the collection of a DNA sample.

SO ORDERED.

_/s/ Richard D. Stearns_
UNITED STATES DISTRICT JUDGE

Case 1:04-cr-10212-RGS    Document 7    Filed 05/25/2005    Page 4 of 4