# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                                         CRIMINAL

                                                                  CASE NO. 04-CR-10212-RGS

MARK CURRAN
        Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that Stylianus Sinnis, of Federal Defender Office for the District of Massachusetts, be appointed, effective as of _____May 31, 2007_____ to represent said defendant in this cause until further order of the Court.

                                                          SARAH A. THORNTON
                                                          CLERK OF COURT

                                          By:    /S/ Jarrett Lovett
                                                        Deputy Clerk

DATE: 5/31/07

(FPD Appointment.wpd - 3/7/2005)