# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2004-10212-RGS

MARK CURRAN,
       Defendant.

## ORDER PURSUANT TO RULE 32.1(a)(1), FED. R. CRIM. P.

COLLINGS, U.S.M.J.

    The above-styled case, which has been referred to Magistrate Judge Joyce Alexander, was referred to me as Emergency Magistrate Judge in Judge Alexander's absence from her office today.

    The defendant appeared before me with counsel this date. He stated that he wished to waive his right to a preliminary hearing pursuant to Rule 32.1(a)(1), Fed. R. Crim. P.

    After being fully advised, the defendant signed a written waiver of his right to a preliminary hearing on the record in open Court.

Accordingly, pursuant to Rule 32.1(a)(1), Fed.R.Crim.P., it is ORDERED that the defendant be, and he hereby is, held for a final revocation hearing before the District Judge to whom this case is assigned **on THURSDAY, JUNE 7, 2007 AT at 2:30 P.M.** at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

ALL PAPERS ARE RETURNED TO THE CLERK'S OFFICE.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: May 31, 2007.