UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 04-10212-RGS

MARK EDWARD CURRAN
U. S. Marshal No. 80263-038
last four digits SS No. 8563

## SECOND AMENDED JUDGMENT AND COMMITMENT ORDER ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

STEARNS, DJ.   JUNE 8, 2007

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON JUNE 7, 2007 FOR A HEARING ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE. THE DEFENDANT WAS REPRESENTED BY ATTORNEY STYLIANUS SINNIS, AND THE GOVERNMENT WAS REPRESENTED BY ASSISTANT U. S. ATTORNEY DAVID TOBIN. U. S. PROBATION OFFICER MICHELLE ROBERTS WAS PRESENT FOR THE PROBATION DEPARTMENT. THE DEFENDANT WAS ADVISED OF HIS RIGHT TO AN EVIDENTIARY HEARING AND STIPULATED TO VIOLATIONS NUMBERED 2, 3 AND 4 OF THE PETITION. THE GOVERNMENT DISMISSED VIOLATIONS NUMBERED 1 AND 5. THE COURT SO FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS AND PROCEEDED TO SENTENCE THE DEFENDANT AS FOLLOWS:

### O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS

HEREBY **REVOKED**;

    THE DEFENDANT, MARK EDWARD CURRAN, IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF EIGHTEEN (18) MONTHS TO BE SERVED. UPON RELEASE FROM INCARCERATION, THE DEFENDANT IS DISCHARGED FROM ANY FURTHER PERIOD OF SUPERVISED RELEASE.

    SO ORDERED.

*/s/ Richard G. Stearns*
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE